UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TORI BELLE COSMETICS LLC,<br><br>  Plaintiff,<br><br>v.<br><br>NATALIE MEEK, et al.,<br><br>  Defendants. | Case No. 2:21–cv–00066-RSL<br><br>STIPULATION AND ORDER REGARDING SERVICE OF PROCESS AND TIME FOR RESPONSIVE PLEADING |

### I.   STIPULATION

Plaintiff Tori Belle Cosmetics LLC ("Plaintiff") and Defendants Natalie Meek, Jennifer L. Russo, Kinzie Jones, Anna M. Hone, Johnette Rutledge, Scott R. Seedall, Juvenae LLC, and Juvenae Holdings LLC ("Defendants") stipulate as follows:

1. Defendants accept service effective February 1, 2021, by delivery of the summons and complaint to their counsel, Perkins Coie LLP, via email.

2. Defendants may have until March 15, 2021, to answer or otherwise respond to the complaint.

Other than as set forth above, this stipulation does not alter any existing case deadlines.

STIPULATION AND ORDER REGARDING SERVICE OF
PROCESS & RESPONSE DEADLINE - 1

1    IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

2    DATED this 2nd day of February, 2021.

3  K&L GATES LLP                                    PERKINS COIE LLP

4  By: *s/Peter A. Talevich*
5  Peter A. Talevich, WSBA # 42644                  By: *s/ Elvira Castillo*

6  By *s/Daniel-Charles V. Wolf*                    David A. Perez #43959
                                                    Elvira Castillo #43893
7  Daniel-Charles V. Wolf, WSBA # 48211             Cara Wallace #50111
                                                    Reina Almon-Griffin #54651
8  925 Fourth Ave., Suite 2900                      1201 Third Avenue, Suite 4900
   Seattle, WA 98104-1158                           Seattle, WA 98101-3099
9  Phone: (206) 623-7580                            DPerez@perkinscoie.com
   peter.talevich@klgates.com                       ECastillo@perkinscoie.com
10 dc.wolf@klgates.com                              CWallace@perkinscoie.com
                                                    RAlmon-Griffin@perkinscoie.com
11 Desiree F. Moore, admitted *pro hac vice*        Phone: 206.359.6767
   70 West Madison Street, Suite 3300
12 Chicago, Illinois 60602                          Attorneys for Defendants
   Phone: (312) 372-1121
13 desiree.moore@klgates.com

14 Attorneys for Plaintiff

15                            II.    ORDER

16
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
17

18
     Dated this 3rd day of February, 2021.
19

20

21                                      _____
                                        Robert S. Lasnik
22                                      United States District Judge

23

24

25

26

STIPULATION AND ORDER REGARDING SERVICE OF
PROCESS & RESPONSE DEADLINE - 2