UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORI BELLE COSMETICS LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NATALIE MEEK, *et al*.,<br><br>　　　　　　Defendants. | No. 2:21-cv-0066RSL<br><br><br>ORDER REQUIRING ADDITIONAL INFORMATION |

　　　　This matter comes before the Court on Perkins Coie LLP's motion for leave to withdraw as counsel of record for defendants Natalie Meek, Anna L. Hone, Johnette Rutledge, Kinzie Jones, Jennifer L. Russo, Juvenae LLC, Juvenae Holdings LLC, and Scott R. Seedall. Despite the specific requirement of LCR 83.2(b)(1), the moving attorneys have declined to provide defendants' last known addresses and telephone numbers, citing their obligations under RPC 1.6. The Court finds, however, that the just administration of this case will be virtually impossible if defendants are not notified of filings in a timely manner. For that reason, the local rules of this district require that the contact information for a party or the party's attorney be made available (LCR 10(e)(3) ("At the right side of the bottom of each page, the law firm (if any), mailing address and telephone number of the attorney or party preparing the paper should be printed or

ORDER REQUIRING ADDITIONAL
INFORMATION – 1

typed.")) and updated as necessary, on pain of dismissal (LCR 10(f); LCR 41(b)(2)). The moving attorneys are therefore ORDERED to provide the clients' last known addresses and telephone numbers as permitted by RPC 1.6(b)(6). Cara Wallace, David A. Perez, Elvira Castillo, and Reina Almon-Griffin remain counsel of record for defendants.

Dated this 18th day of October, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge