UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TORI BELLE COSMETICS LLC,

    Plaintiff,

v.

NATALIE MEEK, *et al.*,

    Defendants.

Cause No. C21-0066RSL

ORDER GRANTING LEAVE TO WITHDRAW

    This matter comes before the Court on the "Motion of Perkins Coie LLP for Leave to Withdraw." Dkt. # 45. The motion complies with the requirements of LCR 83.2(b) and is therefore GRANTED. David A. Perez, Elvira Castillo, Cara Wallace, and Reina Almon-Griffin are no longer counsel of record for defendants. The Clerk of Court is directed to terminate counsels' participation in this case and to include defendants' contact information, as specified in Dkt. # 48, in the docket.

    Defendants Natalie Meek, Anna L. Hone, Johnette Rutledge, Kinzie Jones, Jennifer L. Russo, and Scott R. Seedall are now proceeding pro se in this litigation. Unless and until they retain new counsel, they are expected to follow the local rules of this district (found at https://www.wawd.uscourts.gov/sites/wawd/files/WDWA_Local_Civil_Rules_Clean_1.19.21.pdf) and the Federal Rules of Civil Procedure. Defendants are advised that requests for relief from

ORDER GRANTING LEAVE TO WITHDRAW - 1

the Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. *See* LCR 7 and 10; 28 U.S.C. § 1746.

Defendants Juvenae LLC and Juvenae Holdings LLC have been and are hereby advised that a business entity, other than a sole proprietorship, must be represented by counsel in federal litigation. Defendants Juvenae LLC and Juvenae Holdings LLC shall have twenty days from the date of this Order in which to retain new counsel. If a timely notice of appearance is not filed, default will be entered against the business-entity defendants.

Dated this 20th day of October, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 2