UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORI BELLE COSMETICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATALIE MEEK, an Oklahoma citizen; ANNA L. HONE, a Montana citizen; JOHNETTE RUTLEDGE, a California citizen; KINZIE JONES, a Minnesota citizen; JENNIFER L. RUSSO, a Tennessee citizen; JUVENAE LLC, an Idaho limited liability company; JUVENAE HOLDINGS LLC, a Wyoming limited liability company; and SCOTT R. SEEDALL, an Idaho citizen,<br><br>Defendants. | Case No. C21-0066RSL<br><br>ORDER ENTERING DEFAULT AGAINST BUSINESS-ENTITY DEFENDANTS JUVENAE LLC AND JUVENAE HOLDINGS LLC |

    Defendants Juvenae LLC and Juvenae Holdings LLC were advised on October 20, 2021 that a business entity, other than a sole proprietorship, must be represented by counsel in federal litigation. The notice was resent to Juvenae LLC on November 4, 2021. There is no indication that the business-entity defendants are represented by counsel. Default is therefore entered against Juvenae LLC and Juvenae Holdings LLC.

    Dated this 29th day of November, 2021.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER ENTERING DEFAULT - 1