UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORI BELLE COSMETICS LLC, a Washington limited liability company,<br><br>                              Plaintiff,<br><br>v.<br><br>NATALIE MEEK, et al.,<br><br>                              Defendants.<br>NATALIE MEEK,<br><br>                              Counterclaim-Plaintiff,<br><br>v.<br><br>TORI BELLE COSMETICS LLC, a Washington limited liability company; LAURA HUNTER, an individual,<br><br>                              Counterclaim-Defendants. | NO. 2:21-cv-00066-RSL<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO ANSWER TO COUNTERCLAIM** |

## STIPULATION

The Parties, by and through their respective counsel of record, move the Court for an Order extending the time for Original Plaintiff and Counterclaim-Defendant Tori Belle Cosmetics, LLC ("Tori Belle") and Counterclaim-Defendant Laura Hunter (collectively referred to as "Counterclaim-Defendants") to file their answer or otherwise respond to the Defendant and Counterclaim-Plaintiff Natalie Meek's ("Meek") Answer, Jury Demand, and Counterclaims ("Counterclaims") up to and including July 29, 2022.

STIPULATED MOTION AND ORDER EXTENDING
DEADLINE TO ANSWER TO COUNTERCLAIM - 1



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

**PLATT CHEEMA RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
Tel.: 214.559.2700
Fax: 214.559.4390

**FACTS AND ARGUMENT**

1. On June 07, 2022, Defendant and Counterclaim-Plaintiff Natalie Meek ("Meek") filed her Answer, Jury Demand, and Counterclaims, Doc. 71, in the above-captioned action (the "Action").

2. In Counterclaim-Plaintiff's Counterclaims, Meek asserts wage claims against Counterclaim-Defendants Laura Hunter and Tori Belle. Meek also asserts breach of contract and Consumer Protection Act claims against Counterclaim-Defendant Tori Belle.

3. Counsel for Counterclaim-Plaintiff Meek has conferred with Counterclaim-Defendants' counsel and agreed to extend the deadline to move, answer or otherwise respond to the Counterclaims to July 29, 2022.

4. Counterclaim-Defendants respectfully submit that the requested extension is necessary because counsel was recently retained and requires further time to investigate the allegations in Counterclaim-Plaintiff's Counterclaims.

5. Counterclaim-Defendants further submit that the requested extension is appropriate in light of the upcoming holiday.

Good cause exists for this extension, and thus the Parties respectfully request that the Court granted the stipulated extension of time to move, answer or otherwise respond to Defendant's Counterclaim up to and including July 29, 2022.

/ / /

/ / /

STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO ANSWER TO COUNTERCLAIM - 2

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

**PLATT CHEEMA RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
Tel.: 214.559.2700
Fax: 214.559.4390

**AGREED AND STIPULATED TO** this 29th day of June, 2022.

By */s/ Adam C. Doupé*
Adam C. Doupé, WSBA#55483
RYAN SWANSON &
CLEVELAND, PLLC
1201 Third Ave., Suite 3400
Seattle, WA 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
Email: doupe@ryanlaw.com

Matthew C. Acosta
*Pro hac vice application pending*
PLATT CHEEMA RICHMOND
PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
Telephone: (214)559-2700
Facsimile: (214) 559-4390
Email: macosta@pcrfirm.com

*Attorneys for Plaintiff/Counterclaim-Defendant Tori Belle Cosmetics, LLC and Counterclaim-Defendant Laura Hunter*

By */s/ Adam Rosenberg*
Adam Rosenberg, WSBA #39256
Christine J. Lee, WSBA #43231
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: arosenberg@williamskastner.com
Email: clee@williamskastner.com

*Attorneys for Defendant and Counterclaim-Plaintiff Natalie Meek*

# ORDER

IT IS SO ORDERED.

Dated this 29th day of June, 2022.

Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER EXTENDING
DEADLINE TO ANSWER TO COUNTERCLAIM - 3

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

**PLATT CHEEMA RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
Tel.: 214.559.2700
Fax: 214.559.4390