UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TORI BELLE COSMETICS LLC, | Case No. 2:21-cv-00066-RSL |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF TORI BELLE COSMETICS LLC** |
| v. | |
| NATALIE MEEK, *et al.*, | |
| Defendants. | |

This matter came before the Court on the "Motion to Withdraw as Counsel for Plaintiff Tori Belle Cosmetics, LLC," filed by attorney's Peter A. Talevich and Desiree Moore of K&L Gates LLP. The motion is unopposed, and Tori Belle is now represented by other counsel. The Court grants the motion under Local Civil Rule 83.2(b)(1). The notices of appearance of Peter A. Talevich and Desiree Moore are terminated.

Dated this 19th day of July, 2022.

*MWS Lasnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL FOR PLAINTIFF - 1