UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORI BELLE COSMETICS LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>NATALIE MEEK, *et al.*,<br><br>                    Defendants. | Cause No. C21-0066RSL<br><br>ORDER GRANTING LEAVE TO WITHDRAW |

    This matter comes before the Court on the "Motion to Withdraw as Counsel for Tori Belle Cosmetics LLC and Laura Hunter." Dkt. #88. The motion is unopposed and was served on Tori Belle and Ms. Hunter on or about August 24, 2022, via first class mail. The motion is GRANTED. Adam Doupé and Matthew C. Acosta are no longer counsel of record for Tori Belle and/or Ms. Hunter. The Clerk of Court is directed to terminate counsels' participation in this case and to include the parties' contact information, as specified in Dkt. # 88 at 6, in the docket.

    Tori Belle and Ms. Hunter are now proceeding pro se in this litigation. Unless and until they retain new counsel, they are expected to follow the local rules of this district (found at https://www.wawd.uscourts.gov/local-rules-and-orders) and the Federal Rules of Civil Procedure. Tori Belle and Ms. Hunter are advised that requests for relief from the Court must be

ORDER GRANTING LEAVE TO WITHDRAW - 1

in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. *See* LCR 7 and 10; 28 U.S.C. § 1746.

Tori Belle is hereby advised that a business entity, other than a sole proprietorship, must be represented by counsel in federal litigation. Tori Belle shall have thirty days from the date of this Order in which to retain new counsel. If a timely notice of appearance is not filed, default will be entered against Tori Belle.

Dated this 26th day of September, 2022.

Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 2