UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TORI BELLE COSMETICS LLC,

            Plaintiff,

    v.

NATALIE MEEK, *et al.*,

            Defendants.

Cause No. C21-0066RSL

ORDER EXTENDING TIME IN WHICH TO RETAIN COUNSEL

     On September 26, 2022, the Court granted a motion to withdraw as counsel for Tori Belle Cosmetics LLC and Laura Hunter, giving the corporate entity thirty days in which to retain new counsel. Dkt. # 25. Ms. Hunter filed a motion seeking an extension of time (Dkt. # 98), followed by a declaration asserting that LashLiner, Inc., has filed a bankruptcy petition and that this action should be stayed as to its subsidiary, Tori Belle (Dkt. # 101). Defendant Natalie Meek opposes the extension of time, moves to strike filings made on behalf of a non-represented entity, and argues that the request for a bankruptcy stay is legally untenable.

     The general rule is that an automatic bankruptcy stay protects only the debtor and its property, not that of the debtor's corporate affiliates. *In re Chugach Forest Prods., Inc.*, 23 F.3d 241, 246 (9th Cir. 1994); *Dish Network, LLC. v. Jadoo TV, Inc.*, No. CV 18-9768-FMO (KSX), 2019 WL 4544423, at *4 (C.D. Cal. Aug. 14, 2019). A stay would therefore be inappropriate.

ORDER EXTENDING TIME
IN WHICH TO RETAIN COUNSEL - 1

The Court will exercise its discretion to grant Tori Belle an additional twenty-five days in which to retain counsel, however. If a notice of appearance is not filed by November 21, 2022, default will be entered against Tori Belle. No further extensions of this deadline will be granted.

Dated this 1st day of November, 2022.

Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME
IN WHICH TO RETAIN COUNSEL - 2