UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TORI BELLE COSMETICS LLC,

    Plaintiff,

v.

NATALIE MEEK, *et al.*,

    Defendants.

Cause No. C21-0066RSL

ORDER GRANTING LEAVE TO WITHDRAW

    This matter comes before the Court on "Plaintiff's Counsel [sic] Motion to Withdraw and for Brief Extension of Trial Calendar." Dkt. # 132. The Court has considered the reasons why withdrawal is sought, compliance with requirements of LCR 83.2(b), the non-opposition of other litigants, the potential harms withdrawal may cause to the orderly resolution of this case at this stage in the proceeding, and the possibility of delay caused by the withdrawal. The motion is hereby GRANTED. Ann LoGerfo and Elena Garella are no longer counsel of record for plaintiff. The Clerk of Court is directed to terminate counsels' participation in this case and to include Tori Belle Cosmetics' and Laura Hunter's contact information, as specified in Dkt. # 132 at 12, in the docket.

    Tori Belle and Ms. Hunter are now proceeding pro se in this litigation. Unless and until they retain new counsel, they are expected to follow the local rules of this district (found at

ORDER GRANTING LEAVE TO WITHDRAW - 1

https://www.wawd.uscourts.gov/local-rules-and-orders) and the Federal Rules of Civil Procedure. Tori Belle and Ms. Hunter are advised that requests for relief from the Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. *See* LCR 7 and 10; 28 U.S.C. § 1746.

Tori Belle has, on numerous occasions, been advised that a business entity, other than a sole proprietorship, must be represented by counsel in federal litigation. Plaintiff shall have seven days from the date of this Order in which to retain new counsel. If a timely notice of appearance is not filed, Tori Belle's claims will be dismissed and judgment entered against it on the counterclaims. The Clerk of Court is directed to note an attorney representation deadline on the Court's calendar for March 6, 2023.

Dated this 27th day of February, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 2