UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORI BELLE COSMETICS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>NATALIE MEEK, *et al.*,<br><br>        Defendants. | Cause No. C21-0066RSL<br><br>ORDER GRANTING LEAVE TO WITHDRAW AND STAYING CASE |

This matter comes before the Court on Paul A. Barrera's "Motion for Leave to Withdraw as Counsel for Plaintiff," Dkt. # 179, and "Suggestion of Bankruptcy," Dkt. # 180. The unopposed motion to withdraw is hereby GRANTED. Mr. Barrera is no longer counsel of record for Tori Belle or Laura Hunter in the above-captioned matter. The Clerk of Court is directed to terminate counsel's participation in this case and to include in the docket Tori Belle's and Laura Hunter's contact information as follows:

Tori Belle Cosmetics LLC
14241 NE Woodinville Duvall Rd
Suite 486
Woodinville, WA 98072[1]

Laura Hunter
14206 NE 181st Place
Unit L103
Woodinville, WA 98072[2]

---

[1] Per Voluntary Petition for Bankruptcy filed in 23-BR-11122-TWD (W.D. Wash.).

[2] Per Voluntary Petition for Bankruptcy filed in 23-BR-11873-CMA (W.D. Wash.).

ORDER GRANTING LEAVE TO WITHDRAW
AND STAYING CASE - 1

Tori Belle and Ms. Hunter have both filed for bankruptcy. The only claims remaining in this litigation - Ms. Meek's counterclaims against Tori Belle and Ms. Hunter - are hereby STAYED. The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. The parties shall, within fourteen days of the lifting of the bankruptcy stay in one or both of the pending cases, submit a joint status report setting forth the parties' recommendations for completing this case.[3]

Dated this 6th day of November, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[3] Tori Belle has, on numerous occasions, been advised that a business entity, other than a sole proprietorship, must be represented by counsel in federal litigation. It must therefore retain counsel before submitting the status report required by this Order or risk entry of an adverse judgment on Ms. Meek's counterclaims.

ORDER GRANTING LEAVE TO WITHDRAW
AND STAYING CASE - 2